In the Matter of NEW YORK STATEWIDE COALITION OF HISPANIC CHAMBERS OF COMMERCE et al., Respondents, v NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE et al., Appellants.

Submitted May 5, 2014; decided May 8, 2014

Motion by National Alliance for Hispanic Health et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge RIVERA taking no part.

In the Matter of NEW YORK STATEWIDE COALITION OF HISPANIC CHAMBERS OF COMMERCE et al., Respondents, v NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE et al., Appellants.

Submitted May 5, 2014; decided May 8, 2014

Motion by Eric Lane for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

Judge RIVERA taking no part.

MICHAEL NICHOLSON et al., Appellants, v INCORPORATED VILLAGE OF GARDEN CITY et al., Respondents.

Decided May 8, 2014

Appeal from the December 2013 Appellate Division order dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved. Appeal from the March 2014 judgment dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the judgment is not the final paper in this action (*see* CPLR 5611).